**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MICHAEL KOESTER**, individually
and on behalf of all others similarly
situated,

  Plaintiff,

v.

**DRAFTKINGS INC**. and its
subsidiaries,

  Defendants.

Case No. 2:25-cv-14188

Hon. Jonathan J.C. Grey
Mag. Judge Anthony P. Patti

**JOINT STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Michael Koester ("Plaintiff"), who is proceeding pro se, and

Defendant DraftKings Inc. ("DraftKings") (collectively, the "Parties"), through

DraftKings' undersigned counsel, jointly stipulate and respectfully request that the

Court enter the following Order setting a briefing schedule for DraftKings' Motion

to Dismiss Plaintiff's First Amended Complaint (ECF No. 22) and Plaintiff's

Motion for Partial Summary Judgment (ECF No. 23).

1. Plaintiff filed the Complaint in this action on December 30, 2025

(ECF No. 1) and the First Amended Complaint on March 16, 2026 (ECF No. 20).

2.     Following Plaintiff's filing of the First Amended Complaint, DraftKings filed its Motion to Dismiss the First Amended Complaint or, in the Alternative, Motion to Strike Class Allegations (the "Motion to Dismiss") on March 30, 2026 (ECF No. 22).

3.     Plaintiff filed his Motion for Partial Summary Judgment as to the First Cause of Action (the "Motion for Partial Summary Judgment") on March 30, 2026 (ECF No. 23).

4.     The Parties have met and conferred and have agreed to the following briefing schedule for the Motion to Dismiss and Motion for Partial Summary Judgment:

| Event | Deadline |
| --- | --- |
| Plaintiff's Opposition to DraftKings' Motion to Dismiss | May 4, 2026 |
| DraftKings' Opposition to Plaintiff's Motion for Partial Summary Judgment | May 4, 2026 |
| DraftKings' Reply in Support of its Motion to Dismiss | May 28, 2026 |
| Plaintiff's Reply in Support of his Motion for Partial Summary Judgment | May 28, 2026 |

5.     This stipulated request is sought in good faith and will not prejudice either party. This case does not currently have a case management or scheduling order in place.

WHEREFORE, the Parties jointly stipulate and respectfully request that the

Court enter the following Order.

By: /s/ Michael Koester               By: /s/ Jon R. Steiger

Michael Koester                       Jon R. Steiger (P35505)

Patrick M. McCarthy (P49100)

Dane M. Lepola (P82742)

**HOWARD & HOWARD ATTORNEYS PLLC**

450 West Fourth Street

Royal Oak, Michigan 48067-2557

Phone: (248) 645-1483

Facsimile: (248) 645-1568

Email: JSteiger@HowardandHoward.com

PMcCarthy@HowardandHoward.com

DLepola@HowardandHoward.com

Richard R. Patch

Clifford E. Yin

Marcia Valadez Valente

*(Each Admitted to Practice Before the U.S. District Court for the Eastern District of Michigan)*

**COBLENTZ PATCH DUFFY & BASS LLP**

One Montgomery Street, Suite 3000

San Francisco, California 94104-5500

Phone: (415) 391-4800

Facsimile: (415) 989-1663

Email: EF-RRP@CPDB.com

EF-CEY@CPDB.com

EF-MVV@CPDB.com

***Attorneys for Defendant DraftKings Inc.***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MICHAEL KOESTER**, individually
and on behalf of all others similarly
situated,

     Plaintiff,

v.

**DRAFTKINGS INC**. and its
subsidiaries,

     Defendants.

Case No. 2:25-cv-14188

Hon. Jonathan J.C. Grey
Mag. Judge Anthony P. Patti

_____/

**<u>ORDER</u>**

For good cause shown, the Parties' request to set a briefing schedule for

DraftKings' Motion to Dismiss Plaintiff's First Amended Complaint and Plaintiff's

Motion for Partial Summary Judgment is **GRANTED**. The Court adopts the

following briefing schedule for the Motion to Dismiss and Motion for Partial

Summary Judgment:

| Event | Deadline |
| --- | --- |
| Plaintiff's Opposition to DraftKings' Motion to Dismiss | May 4, 2026 |
| DraftKings' Opposition to Plaintiff's Motion for Partial Summary Judgment | May 4, 2026 |
| DraftKings' Reply in Support of its Motion to Dismiss | May 28, 2026 |
| Plaintiff's Reply in Support of his Motion for Partial Summary | May 28, 2026 |

| Judgment | |
|----------|---|

**SO ORDERED.**

**s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
Date: April 3, 2026                          United States District Judge

Certificate of Service
The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 3, 2026.

s/ S. Osorio
Sandra Osorio
Case Manager