UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Koester,

      Plaintiff,

v.

DraftKings Inc.,

      Defendant.

_____/

Case No. 25-14188
Hon. Jonathan J.C. Grey
Mag. Judge Anthony P. Patti

**ORDER DENYING AS MOOT (1) PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 4), (2) DEFENDANT'S MOTION TO STAY PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 7), AND (3) DEFENDANT'S MOTION TO DISMISS (ECF No. 19)**

On December 30, 2025, pro se Plaintiff Michael Koester began this case by filing a complaint against Defendant DraftKings Inc. (ECF No. 1.) That same day, Koester filed a motion for partial summary judgment. (ECF No. 4.) On January 14, 2026, Defendant DraftKings Inc. filed a motion to stay Koester's motion for summary judgment or, alternatively, deny the motion without prejudice. (ECF No. 7.) The parties subsequently stipulated to a briefing schedule for DraftKings' anticipated motion to dismiss. (ECF No. 15.)

On March 2, 2026, DraftKings filed a motion to dismiss. (ECF No. 19.) On March 16, 2026, Koester filed an amended complaint. (ECF No. 20.) DraftKings then filed a motion to dismiss the first amended complaint, and Koester filed a motion for partial summary judgment as to the first amended complaint. (ECF Nos. 22, 23.)

If a plaintiff wishes to file an amended complaint, he may do so "once as a matter of course," either before the defendant has submitted a responsive pleading or motion to dismiss, or within 21 days after a responsive pleading or motion to dismiss. Fed. R. Civ. P. 15(a)(1)(B).

Here, DraftKings filed a motion to dismiss in lieu of an answer (ECF No. 19), and, within 21 days, Koester filed an amended complaint (ECF No. 20). Accordingly, the amended complaint is accepted "as a matter of course." Fed. R. Civ. P. 15(a).

**IT IS ORDERED** that Koester's first motion for summary judgment (ECF No. 4) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that DraftKings' motion to stay Koester's motion for summary judgment or, alternatively, deny the motion without prejudice (ECF No. 7) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that DraftKings' motion to dismiss (ECF No. 19) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the operative complaint in this cause of action is the first amended complaint (ECF No. 20). DraftKings' motion to dismiss the first amended complaint (ECF No. 22) and Koester's motion for summary judgment as to the first amended complaint (ECF No. 23) remain pending.

**SO ORDERED.**

<u>**s/Jonathan J.C. Grey**</u>
Jonathan J.C. Grey

Date:  April 7, 2026

United States District Judge

3

## <u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 7, 2026.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager